IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY CHRISTOPHER MCMULLIN,**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #656736**

VS.　　　　　　　　　　　　**4:22CV00289-BRW-JTK**

**BRANDON A. DAVIS, et al.**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. McMullin's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.　Plaintiff's official capacity damages claims are DISMISSED for failure to state a claim on which relief may be granted.

2.　Plaintiff's Fourth and Fourteenth Amendment claims are DISMISSED without prejudice for failure to state a claim in which relief may be granted.

3.　Plaintiff's claims against Defendant Byers are DISMISSED for failure to state a claim on which relief may be granted.

4.　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO RECOMMENDED this __12th__ day of __April__, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE