# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JIMMY CHRISTOPHER MCMULLIN,**  **PLAINTIFF**
**ADC #656736**

VS.  **4:22-CV-00289-BRW**

**BRANDON A. DAVIS, et al.**  **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of September, 2022.

                                                           BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE